THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Perry 
 Busby Appellant.
 
 
 

Appeal From Aiken County
Jackson V. Gregory, Circuit Court Judge
Unpublished Opinion No. 2007-UP-489
Submitted October 1, 2007  Filed October 15, 2007

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, Office of Appellate Defense, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, Office of the Attorney General, of Columbia; and Solicitor Barbara R.
 Morgan, of Aiken, for Respondent.
 
 
 

PER
 CURIAM:  Perry Busby appeals his guilty plea for breach of
 trust and sentence of nine months imprisonment, arguing the trial court failed
 to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969), in accepting his plea. After a
 thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Busbys appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and CURETON, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.